**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| JOHNNIE R. SIMMONS, Jr., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:20:cv464 |
| v. | : | |
| | : | |
| R. WHITAKER, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT BROWN'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Sgt. Derrick Brown, by counsel, and pursuant to Fed. R. Civ. P. 56(c), hereby moves for the entry of summary judgment in his favor. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

DERRICK BROWN

By:      /s/
Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar No. 22689
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax:  (757) 497-1914
jrosen@pendercoward.com
*Counsel for Brown*

Lisa Ehrich, Esquire
Virginia Bar No. 32205
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax:  (757) 497-1914
lehrich@pendercoward.com
*Counsel for Brown*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30ᵗʰ day of December, 2020 I will electronically file the foregoing ***Defendant Brown's Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF system and will mail the document by U.S. Mail to the following non-filing user:

> Johnnie R. Simmons, Jr.
> Inmate No. 43692
> Hampton Roads Regional Jail
> P. O. Box 7609
> Portsmouth, VA  23707
> *Pro Se*

_____/s/_____
Jeff W. Rosen, Esquire (VSB #22689)
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax:   (757) 497-1914
jrosen@pendercoward.com
*Counsel for Brown*

---